| AO-10 (WP) Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT** FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, fi middle initial) SHOOB, MARVIN H. | 2. Court or Organization NORTHERN DISTRICT OF GEORGIA | 3. Date of Report 5-10-07 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✓ Annual ___ Final 5b. ___ Amended Report | 6. Reporting Period 1-1-2006 - TO 12-31-2006 |
|---|---|---|

| 7. Chambers or Office Address 1767 U.S. COURTHOUSE 75 SPRING ST., SW ATLANTA, GA 30303-3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| ADVISORY BOARD | SHEPHERD SPINAL CLINIC |
| LIFE TRUSTEE | AMERICAN JEWISH COMMITTEE |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| | |
| | |

*(stamp: RECEIVED 2007 MAY 16 A 10: 59 FINANCIAL DISCLOSURE OFFICE)*

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

**A. Filer's Non-Investment Income**

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE |
|---|---|
| ☐ NONE (No reportable non-investment income.) | |
| 2006 | SELF-EMPLOYED FASHION DESIGNER |
| | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5-10-07 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHOOB, MARVIN H. | 5-10-07 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g., div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 PINNACLE CREDIT UNION FULTON COUNTY, GA. | E | RENT | N | W | | | | | |
| 2 MERRILL LYNCH CMA ACCOUNT | B | INT | L | T | | | | | |
| 3 COBB COUNTY HOSPITAL BONDS | C | INT | L | T | SOLD | 2/6 | L | A | |
| 4 JESUP, GA. BONDS | B | INT | K | T | SOLD | 3/1 | J | A | |
| 5 METRO ATLANTA BONDS | C | INT | K | T | | | | | |
| 6 COBB COUNTY HOSPITAL BONDS | A | INT | J | T | | | | | |
| 7 GWINNET COUNTY BONDS | B | INT | J | T | | | | | |
| 8 ML&CO UNION/EURO USD | A | INT | K | T | SOLD | 1/30 | K | A | |
| 9 CAPITAL INCOME BUILDER FUND | A | DIV | J | T | | | | | |
| 10 CAPITAL WORLD BOND FUND | A | DIV | J | T | | | | | |
| 11 CAPITAL WORLD GROWTH FUND | A | DIV | J | T | | | | | |
| 12 EUROPACIFIC GROWTH FUND | A | DIV | J | T | | | | | |
| 13 FUNDAMENTAL INVS INC FUND | A | DIV | J | T | | | | | |
| 14 GROWTH FUND AMER FUND | A | DIV | J | T | | | | | |
| 15 OPPENHEIMER INTL BOND FUND | A | INT | L | T | | | | | |
| 16 NEW WORLD FUND | A | DIV | K | T | BUY | 1/30 | K | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Codes (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 TRUST (IRA) RBC DAIN RAUSHGR, CUSTODIAN | | | | | | | | | |
| 2 ASSETS: | | | | | | | | | |
| 3 EVERGREEN MONEY MARKET FUND | | INT | | | | | | | |
| 4 U.S. TREASURY BONDS AND OBLIGATIONS | | INT | | | | | | | |
| 5 UNITED UTILITIES | | INT | | | | | | | |
| 6 CALAMOS INVT TR FUND | | DIV | | | SOLD | 7/21 | | | |
| 7 CENTURY SMALL CAP FUND | | DIV | | | | | | | |
| 8 FMI FDS FOCUS FUND | | DIV | | | SOLD | 2/21 | | | |
| 9 GOLDMAN SACHS TR FINL SO FUND | | DIV | | | | | | | |
| 10 HOTCHKIS & WILEY FDS FUND | | DIV | | | | | | | |
| 11 JULIUS BAER INVT FDS FUND | | DIV | | | | | | | |
| 12 OPPENHEIMER REAL ASSET FUND | | DIV | | | | | | | |
| 13 ROYCE FD TOTAL RETURN FUND | | DIV | | | | | | | |
| 14 TCW GALILEO FDS INC SELECT FUND | | DIV | | | | | | | |
| 15 TCW GALILEO FUNDS INC VALUE FUND | | DIV | | | | | | | |
| 16 TORRAY FD INSTITUTIONAL FD FUND | | DIV | | | | | | | |
| 17 VANGUARD WINDSOR FUND INC/VANGUARD/WINDSOR II PORTFOLIO | | DIV | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
|  |  |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 ACM INCOME FUND | | DIV | | | | | | | |
| 2 DODGE & COX INTL | | DIV | | | SOLD | 7/21 | | | |
| 3 TNP SELECT INCOME FUND | | DIV | | | | | | | |
| 4 WELLS FARGO FDS TR | | DIV | | | | | | | |
| 5 AMERICAN BALANCED | | DIV | | | BUY | 7/21 | K | | |
| 6 DODGE & COX INCOME | | DIV | | | BUY | 7/21 | J | | |
| 7 FRANKLIN INCOME | | DIV | | | BUY | 10/16 | K | | |
| 8 INCOME FUND OF AMERICA | | DIV | | | BUY | 10/16 | K | | |
| 9 VAN KAMPEN EQUITY | | DIV | | | BUY | 7/21 | J | | |
| 10 OPPENHEIMER INTL BOND | | INT | | | BUY | 7/21 | J | | |
| 11 THORNBURG LTD. | | DIV | | | BUY | 7/21 | J | | |
| 12 AGGREGATE INCOME & VALUE OF TRUST | E | | N | T | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| | |
|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000 F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000 |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000 N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000   P4=More than $50,000,000 |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market U=Book value   V=Other   W=Estimated |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHOOB, MARVIN H. | 5-10-07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance w̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶J.S.C. § 7353 and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮              Date 5/10/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544